No. 02–965. McCLENDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–985. LOE'S HIGHPORT, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–992. WEIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–993. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6037. MURRAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6438. HAIN v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–6591. STRONG v. ILLINOIS DEPARTMENT OF HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 02–6821. HAHN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7115. DELGADO-NUNEZ, AKA DELGADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7136. DOUGLAS v. GIBSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7476. HAWKINS v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–7548. HAMMOND v. HEAD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 02–7580. HERNANDEZ v. PENROD ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7596. JOYNER v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–7602. CANEDO GARCIA v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.